**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ANTHONY L. ASHBY, ESQ.**
Nevada Bar No. 4911
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR ROMERO MONTIEL; NUBIA ROMERO JOHNSER;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | CASE NO. 2:19-cv-00954-JCM-BNW |

## STIPULATION AND ORDER
## TO FILE AMENDED COMPLAINT

The above named parties, by and through their respective undersigned counsel of record, hereby stipulate that Plaintiff shall file a Second Amended Complaint by July 11, 2019.

…

…

…

1

The parties enter this stipulation in good faith, and not for reasons of delay or any other untoward purpose.

DATED this 1st day of July, 2019.                DATED this 1st day of July, 2019.

KRAVITZ, SCHNITZER &                             LADAH LAW FIRM
JOHNSON, CHTD.

*/s/: Kimberley A. Hyson, Esq.*                  */s/ Ramzy P. Ladah, Esq.*
MARTIN J. KRAVITZ, ESQ.                          RAMZY P. LADAH, ESQ.
Nevada Bar No. 8104                              Nevada Bar No. 11405
KIMBERLEY A. HYSON, ESQ                          ANTHONY ASHBY, ESQ.
Nevada Bar No. 11611                             Nevada Bar No. 4911
8985 S. Eastern Ave., Ste. 200                   517 South Third Street
Las Vegas, Nevada 89123                          Las Vegas, NV 89101
*Attorneys for Defendant*                        *Attorneys for Plaintiff*

**O R D E R**

IT IS SO ORDERED this 2nd day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE