**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**ANTHONY L. ASHBY, ESQ.**
Nevada Bar No. 4911
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR ROMERO MONTIEL; NUBIA ROMERO JOHNSER; <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendant. | CASE NO. 2:19-cv-00954-JCM-BNW |

## STIPULATION AND ORDER TO REMAND

The above named parties, by and through their respective undersigned counsel of record, hereby stipulate that upon the entry of the parties Stipulation and Order to Dismiss punitive damages, Defendants agree to remand this matter to the 8th Judicial District Court.

…

…

…

1

The parties enter this stipulation in good faith, and not for reasons of delay or any other untoward purpose.

DATED this 2nd day of August, 2019.    DATED this 2nd day of August, 2019.

KRAVITZ, SCHNITZER &    LADAH LAW FIRM
JOHNSON, CHTD.

*/s/: Kimberley A. Hyson, Esq.*    */s/ Ramzy P. Ladah, Esq.*
MARTIN J. KRAVITZ, ESQ.    RAMZY P. LADAH, ESQ.
Nevada Bar No. 8104    Nevada Bar No. 11405
KIMBERLEY A. HYSON, ESQ    ANTHONY ASHBY, ESQ.
Nevada Bar No. 11611    Nevada Bar No. 4911
8985 S. Eastern Ave., Ste. 200    517 South Third Street
Las Vegas, Nevada 89123    Las Vegas, NV 89101
*Attorneys for Defendant*    *Attorneys for Plaintiff*

## **O R D E R**

IT IS SO ORDERED, August 6, 2019.

_____
UNITED STATES DISTRICT JUDGE